217-15
218-15
219-15

COA # 08-13-00057-CR    OFFENSE: 71.02

STYLE: Patrick Shaughnessy Hatt, Jr. v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION: affirm    TRIAL COURT: Criminal District Court No. 2

DATE: 1/30/15    Publish: no    TC CASE #: 1299765R

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Patrick Shaughnessy Hatt, Jr. v. The State of Texas    CCA #: _____

**APPELLANT'S** Petition    CCA Disposition: **217-15; 218-15; 219-15**

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

**REFUSED**    JUDGE: _____

DATE: 04/22/2015    SIGNED: _____  PC: _____

JUDGE: _____    PUBLISH: _____  DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____